**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN RASKIN,<br><br>        Plaintiff,<br><br>     v.<br><br>ATC HEALTHCARE SERVICES, INC., a Georgia corporation doing business in California as HEALTHCARE SEARCH ASSOCIATES; and DOES 1 through 150, inclusive,<br><br>        Defendants. | Case No. 2:16-CV-6944 AB (PLAx)<br><br>Hon. André Birotte Jr.<br><br>**[~~PROPOSED~~] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br><br>Complaint Filed: August 12, 2016<br><br>Trial Date:     November 14, 2017 |

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Joint Stipulation Re Dismissal with Prejudice filed on May 10, 2017, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

Dated: May 10, 2017

The Honorable André Birotte Jr.
United States District Judge

1